NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN A. ESTRADA, SR.,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7107

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3439, Judge Coral W. Pietsch.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of John A. Estrada, Sr.'s unopposed motion to withdraw his appeal,

ESTRADA v. SHINSEKI                                                                      2

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25

ISSUED AS A MANDATE:  August 7, 2013